UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Roscoe Van Pelt,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a
CP Rail System,

Defendant.

Civil No. 00-2409PAM/JGL

**STIPULATION**

The parties to the above-captioned matter, through their counsel, hereby enter into the following Stipulation:

WHEREAS, Defendant Soo Line Railroad Company ("Soo Line") has disputed whether the Summons and Complaint in the above-captioned matter has been properly served; and

WHEREAS, the parties have agreed to resolve this issue and to provide for a deadline by which Soo Line shall answer or otherwise respond to the Complaint in the above-captioned matter.

IT IS THEREFORE AGREED:

1. That the Summons and Complaint in the above-captioned matter shall be deemed to have been served on Soo Line on November 1, 2000;

2. That Soo Line shall not raise an affirmative defense of insufficiency of service of process; and

FILED 11-22-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2016459v1

3. That Soo Line shall answer or otherwise respond to the Complaint in the above-captioned matter by November 30, 2000.

Dated: 11/21/00

William J. Egan (#166029)

150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

**ATTORNEY FOR PLAINTIFF**

Dated: 11/21/00

Robert Zeglovitch (#16[illegible]557)
Susan J. Thompson (#0[illegible]51690)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 5540[illegible]
(612) 335-1500

**ATTORNEYS FOR DEFENDANT**

SO ORDERED:

Magistrate Judge Jonathan Lebedoff

Dated: [illegible] 22, 2000

2016459v1