UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Roscoe Van Pelt,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a CP Rail System,

Defendant.

Civil No. CV-00-2409 PAM/JGL

**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT**

**STIPULATION**

The parties above-named, by and through their respective counsel, hereby stipulate and agree, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, that Plaintiff may be granted leave to amend his Complaint in the form attached hereto as Exhibit A.

Respectfully submitted,

WILLIAM J. EGAN, PLC

By ______________________
William J. Egan (#166029)
Attorney for Plaintiff Roscoe Van Pelt
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
(952) 836-2770

Dated: February 6, 2001

FEB 27 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______

LEONARD, STREET & DEINARD, P.A.

By [signature]
Robert Zeglovich (#163557)
Attorney for Defendant CP Railway
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(952) 836-2770

Dated: 2/15, 2001

**ORDER**

Based on the forgoing Stipulation of Counsel and pursuant to Fed. R. Civ. P. 15(a),

IT IS HEREBY ORDERED:

That Plaintiff herein is granted leave to amend his Complaint, in the form attached hereto as Exhibit A, and Plaintiff shall serve and file that Complaint within ten days of this Order.

BY THE COURT:

Dated: Feb 27, 2001

By [signature]
Hon. Jonathon Lebedoff
Magistrate Judge of District Court