UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2409 (PAM/JGL)

ROSCOE VANPELT,

Plaintiff,

v.

**PRETRIAL ORDER**

SOO LINE RAILROAD COMPANY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five to eight days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by October 1, 2001; Defendant shall disclose all expert witnesses, including reports, by November 15, 2001;

4. The period during which the parties may seek discovery shall be completed by December 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 15, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 1, 2002; and

7. This case will be considered "ready for trial" as of April 1, 2002.

DATED: March 7, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed MAR 0 8 2001
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________