**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Roscoe Van Pelt,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a
CP Rail System,

Defendant.

Civil No. 00-2409PAM/JGL

**ORDER TO CONTINUE DISCOVERY**

---

Pursuant to United States District Court in Minnesota, Local Rule 16.3, and on good cause shown, the March 8, 2001 Pretrial Order is amended as follows:

1. The period during which the parties may seek discovery shall be completed by February 1, 2002;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 15, 2002;

3. Until further notice, all dispositive motions must be noticed, served and file, in accordance with the Local Rules, prior to May 1, 2002; and

4. This case will be considered "ready for trial" as of June 1, 2002.

Dated: Dec 7, 2001

United States Magistrate Judge

FILED 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

CLERK
DEPUTY CLERK

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Roscoe Van Pelt,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a
CP Rail System,

Defendant.

Civil No. 00-2409PAM/JGL

**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY**

---

The parties to the above-captioned matter, through their counsel, hereby stipulate and agree as follows:

WHEREAS, the parties have diligently attempted to complete their factual discovery within the discovery deadline (December 1, 2001); and

WHEREAS, defendant's counsel, Robert Zeglovitch, attorney for defendant in the above-captioned matter, having had emergency surgery, has and will be unable to assist in this matter for several weeks; and

WHEREAS, at least seven depositions remain to be taken in the matter; and

WHEREAS, the Court filed a Pretrial Order on March 8, 2001 setting a discovery deadline of December 1, 2001, a non-dispositive motion deadline of January 15, 2002, a dispositive motion deadline of March 1, 2002, and a "ready for trial" date of April 1, 2002; and

THEREFORE, THE PARTIES AGREE AS FOLLOWS:

1. That the discovery deadline in this matter (December 1, 2001) be continued to February 1, 2002;

2. That the non-dispositive motion deadline (January 15, 2002) be continued to March 15, 2002;

3. That the dispositive motion deadline (March 1, 2002) be continued to May 1, 2002; and

4. That the trial date in this matter (April 1, 2002) be continued to on or after June 1, 2002.

Dated: November 30, 2001

William J. Egan (#166029)
150 Edina Executive Plaza
5200 Willson Road
Edina, MN 55424
Telephone: (952) 836-2770
**ATTORNEYS FOR PLAINTIFF**

Dated: December 3, 2001

Robert Zeglovitch (#163557)
Susan J. Thompson (#251690)
LEONARD, STREET AND DEINARD
Professional Association
Suite 2300, 150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
**ATTORNEYS FOR DEFENDANT**
**SOO LINE RAILROAD COMPANY**